384 A.2d 1004

Thompson Coal Co., et al., Appellants, v. Pike Coal Co., et al.

Argued November 16, 1977. John M. Elliott, with him Constance B. Foster, for appellants; James L. Jubelirer, for appellees, Pike Coal Co. and Ralph S. Thompson; G. Donald Gerlach, for appellees, Clearfield Bank & Trust Co. and George Scott; Kenneth D. Hoch, for appellee, Clifford Johnston.

Orders affirmed.